UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Eric LeBlanc

    v.                                    Case No. 25-cv-163-JL-AJ

AmeriCredit Financial Services, Inc.

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 8, 2025.

_____
Joseph N. Laplante
United States District Judge

Date: July 11, 2025

cc:   Eric LeBlanc, pro se
       Elizabeth M. Lacombe, Esq.